■ The People of the State of New York, Respondent, v Malik Brown, Appellant. [816 NYS2d 910]—Judgment, Supreme

Court, New York County (Ruth Pickholz, J.), rendered September 21, 2004, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for disturbing the jury's determinations concerning identification and credibility. We note that defendant had a sufficient opportunity to divest himself of the buy money and of any additional drugs between the sale and his arrest. Concur—Buckley, P.J., Sullivan, Williams, Catterson and McGuire, JJ.